# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| STEVEN BASSETT, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>ABM PARKING SERVICES, INC.; ABM ONSITE SERVICES – WEST, INC.; and ABM INDUSTRIES, INC.,<br><br>                Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C16-947 TSZ |

\_\_\_\_    **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendants' Rule 12(b)(6) motion, docket no. 6, is GRANTED, and plaintiff's claim under the Fair and Accurate Credit Transactions Act and this case are DISMISSED with prejudice.

Dated this 14th day of October, 2016.


                                                William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk